UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENA MOORE,

    Plaintiff,

v.

COGNIZANT TECHNOLOGY SOLUTIONS and
WALT DISNEY WORLD,

    Defendants.

Case No. 6:16-CV-00113-GAP-KRS

**DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Walt Disney Parks and Resorts U.S., Inc. hereby discloses the following pursuant to this Court's Order on Interested Persons And Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

> **Plaintiff Dena Moore**
> **Sara Blackwell, Esq.**
> **The Blackwell Firm**
> **Defendant Walt Disney Parks and Resorts U.S., Inc., an indirect subsidiary of The Walt Disney Company, a publicly traded corporation**
> **Mary Ruth Houston, Esq.**
> **Shutts & Bowen LLP**
> **David W. Ogden, Esq.**
> **Alan Schoenfeld, Esq.**
> **Colin Reardon, Esq.**

**Wilmer Cutler Pickering Hale and Dorr LLP**
**Defendant Cognizant Technology Solutions**
**Mark Zelek, Esq.**
**Richard G. Rosenblatt, Esq.**
**Joseph B.G. Fay, Esq.**
**Morgan, Lewis & Bockius, Esq.**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None known at this time**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

**None known at this time**

4. The name of each alleged victim (individual and corporate), including every person who may be entitled to restitution:

**Plaintiff Dena Moore**

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

This 30th day of March, 2016.

        Respectfully submitted,

        /s/ *Mary Ruth Houston*

Mary Ruth Houston (Bar No. 834440)
SHUTTS & BOWEN LLP
300 South Orange Ave., Suite 1000
Orlando, FL 32801
Telephone: 407-835-6939
Facsimile: 407-425-8316
E-mail: mhouston@shutts.com

David W. Ogden (*pro hac vice pending*)
WILMER CUTLER PICKERING
  HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: 202-663-6440
Facsimile: 202-663-6363
E-mail: david.ogden@wilmerhale.com

Alan Schoenfeld (*pro hac vice pending*)
Colin Reardon (*pro hac vice pending*)
WILMER CUTLER PICKERING
  HALE and DORR LLP
7 World Trade Center, 250 Greenwich St.
New York, NY 10007
Telephone: 212-230-8800
Facsimile: 212-230-8888
E-mail: alan.schoenfeld@wilmerhale.com
E-mail: colin.reardon@wilmerhale.com

*Counsel for Walt Disney Parks and Resorts U.S., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 30th day of March, 2016, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Sara Blackwell
The Blackwell Firm
1800 2nd St. Ste. 882
Sarasota, FL 34236
Telephone: 941-961-3046
E-mail: sara@theblackwellfirm.com

Mark Zelek
MORGAN, LEWIS & BOCKIUS
200 S. Biscayne Blvd., Ste. 5300
Miami, FL 33131
Telephone: 305-415-3303
Facsimile: 305-415-3001
E-mail: mzelek@morganlewis.com

Richard G. Rosenblatt (*pro hac vice pending*)
Joseph B.G. Fay (*pro hac vice pending*)
MORGAN, LEWIS & BOCKIUS
1701 Market St.
Philadelphia, PA 19103
Telephone: 215-963-5000
Facsimile: 215-963-5001
E-mail: rrosenblatt@morganlewis.com
E-mail: jfay@morganlewis.com

/s/ *Mary Ruth Houston*
Mary Ruth Houston