**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DENA MOORE,**

       **Plaintiff,**

**v.**         Case No:   6:16-cv-113-Orl-31KRS

**COGNIZANT TECHNOLOGY SOLUTIONS and WALT DISNEY WORLD,**

       **Defendants.**

## ORDER
(And Direction to the Clerk of Court)

This cause came on for consideration *sua sponte*.   The present case is related to a civil case pending before Magistrate Judge Thomas B. Smith.   Accordingly, the Clerk of Court is directed to transfer this case to Judge Smith, as the presiding Magistrate Judge, with his consent.

**DONE** and **ORDERED** in Orlando, Florida on March 30, 2016.

                                        *Karla R. Spaulding*
                                        KARLA R. SPAULDING
                                       UNITED STATES MAGISTRATE JUDGE