UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DENA MOORE,<br><br>       Plaintiff,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS and WALT DISNEY WORLD,<br><br>       Defendants. | Case No. 6:16-CV-00113-GAP-KRS |

**JOINT MOTION TO PERMIT ATTENDANCE AT CASE MANAGEMENT
CONFERENCE VIA TELEPHONE AND MEMORANDUM OF LAW**

Plaintiff Dena Moore and Defendants Cognizant Technology Solutions U.S. Corp. ("Cognizant") and Walt Disney Parks and Resorts U.S., Inc. ("WDPR")[1] (together "Defendants"), pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 3.05(3c)(2)(B), respectfully seek leave to permit counsel in this case to attend the Case Management conference via telephone.

**MEMORANDUM OF LAW**

Pursuant to the rules of this Court, counsel for the parties in this case are scheduling a conference for no later than this Friday, April 22, 2016, for the purpose of preparing and filing a Case Management Report. The parties request the Court permit counsel to attend the Case Management Conference via telephone because (1) the conference is likely to last less than one

---

[1] WDPR was incorrectly sued as Walt Disney World. It filed a Consent Motion for Substitution of Defendant and to Correct Defendant's Name in Complaint in order to substitute the correct entity for the one named herein, which is pending. *See* ECF No. 15.

hour; (2) Cognizant's lead counsel is resident in Philadelphia; and (3) WDPR's lead counsel is resident in Washington, D.C. and additional counsel are resident in New York City.

Federal Rule of Civil Procedure 26(f) does not require the conference to be conducted in person. Although the Advisory Committee Note to the 2000 Amendment to Rule 26(f) expresses a preference for in-person meetings, the Note recognizes that the distances some counsel would have to travel and the resulting expenses may outweigh the benefits of an in-person meeting. In this case, a schedule is in place for the briefing of Defendants' motion to dismiss, under which Defendants' motions to dismiss are due no later than May 13, 2016, and Plaintiff's opposition is due no later than 60 days after the last-filed motion. Based upon the current posture of the case, the time and expense of an in-person meeting outweigh any benefits of an in person meeting.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 3.01(g), counsel for Defendants conferred with counsel for Plaintiff, and the parties agree to the relief requested in this motion.

WHEREFORE, the parties respectfully request that this Court grant its motion for counsel to attend the Case Management Conference via telephone and grant such other and

further relief as the Court deems just and proper.

This 19th day of April, 2016.

Respectfully submitted,

/s/Sara Blackwell

Sara Blackwell (Bar No. 90443)
The Blackwell Firm
1800 2nd St. Ste. 882
Sarasota, FL 34236
Telephone: 941-961-3046
E-mail: sara@theblackwellfirm.com

*Counsel for Plaintiff Dena Moore*

/s/ Mark Zelek
Mark Zelek (Bar No. 667773)
MORGAN, LEWIS & BOCKIUS
200 S. Biscayne Blvd., Ste. 5300
Miami, FL 33131
Telephone: 305-415-3303
Facsimile: 305-415-3001
E-mail: mzelek@morganlewis.com

Richard G. Rosenblatt (*pro hac vice to be filed*)
Joseph B.G. Fay (*pro hac vice to be filed*)
MORGAN, LEWIS & BOCKIUS
1701 Market St.
Philadelphia, PA 19103
Telephone: 215-963-5000
Facsimile: 215-963-5001
E-mail: rrosenblatt@morganlewis.com
E-mail: jfay@morganlewis.com

*Counsel for Cognizant Technology Solutions U.S. Corp.*

/s/ Mary Ruth Houston

Mary Ruth Houston (Bar No. 834440)
SHUTTS & BOWEN LLP
300 South Orange Ave., Suite 1000
Orlando, FL 32801
Telephone: 407-835-6939
Facsimile: 407-425-8316
E-mail: mhouston@shutts.com

David W. Ogden (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: 202-663-6440
Facsimile:  202-663-6363
E-mail: david.ogden@wilmerhale.com

Alan Schoenfeld (*pro hac vice*)
Colin Reardon (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE and DORR LLP
7 World Trade Center, 250 Greenwich St.
New York, NY 10007
Telephone:  212-230-8800
Facsimile:   212-230-8888
E-mail: alan.schoenfeld@wilmerhale.com
E-mail: colin.reardon@wilmerhale.com

*Counsel for Walt Disney Parks and Resorts U.S., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 19th day of April, 2016, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

>Sara Blackwell
>The Blackwell Firm
>1800 2nd St. Ste. 882
>Sarasota, FL 34236
>Telephone: 941-961-3046
>E-mail: sara@theblackwellfirm.com

>Mark Zelek
>MORGAN, LEWIS & BOCKIUS
>200 S. Biscayne Blvd., Ste. 5300
>Miami, FL 33131
>Telephone: 305-415-3303
>Facsimile: 305-415-3001
>E-mail: mzelek@morganlewis.com

I hereby certify that I have this 19th day of April, 2016, mailed a copy of the foregoing to the following attorneys for Defendant Cognizant Technology Solutions U.S. Corp.:

>Richard G. Rosenblatt
>Joseph B.G. Fay
>MORGAN, LEWIS & BOCKIUS
>1701 Market St.
>Philadelphia, PA 19103
>Telephone: 215-963-5000
>Facsimile: 215-963-5001
>E-mail: rrosenblatt@morganlewis.com
>E-mail: jfay@morganlewis.com

>/s/ Mary Ruth Houston
>Mary Ruth Houston

ORLDOCS 14644341 1