UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENA MOORE,

    Plaintiff,

v.                              Case No:   6:16-cv-113-Orl-31TBS

COGNIZANT TECHNOLOGY
SOLUTIONS and WALT DISNEY
WORLD,

    Defendants.

## ORDER

The parties' Joint Motion to Permit Attendance at Case Management Conference Via Telephone (Doc. 22) is **GRANTED**. The parties may meet and confer telephonically to prepare their case management report. If the parties are unable to agree on all matters to be included in the report, then the Court may require an in-person meeting of counsel to attempt to resolve those disputes.

**DONE** and **ORDERED** in Orlando, Florida on April 20, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record