**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

DENA MOORE

       Plaintiff,

v.

COGNIZANT TECHNOLOGY SOLUTIONS
and WALT DISNEY WORLD,

       Defendants.

Case No: 6:16-cv-00113

---

**DEFENDANT COGNIZANT TECHNOLOGY SOLUTIONS U.S.
CORPORATION'S CONSENT MOTION FOR ADMISSION *PRO HAC VICE***

In accordance with Local Rule 2.02 of the Governing Special Admission to

Practice of Attorneys of the United States District Court for the Middle District of

Florida, Defendant, Cognizant Technology Solutions U.S. Corporation ("Cognizant"),[1] by

and through its undersigned counsel, respectfully moves for the admission *pro hac vice* of

Richard Rosenblatt, Joseph B. G. Fay, and A. Klair Fitzpatrick in the above-styled case

on behalf of Defendant, Cognizant, and states the following:

1.      Mr. Rosenblatt, Mr. Fay, and Ms. Fitzpatrick are attorneys with the law firm of

Morgan Lewis & Bockius ("Morgan Lewis").  They are residents in the firm's 1701 Market

Street, Philadelphia, PA 19103 office.

2.      Richard Rosenblatt is a member in good standing of the bar and admitted to practice

before the Supreme Court of Pennsylvania, Supreme Court of New Jersey, United States

---

[1] Plaintiff incorrectly identifies Cognizant Technology Solutions U.S. Corporation as Cognizant
Technology Solutions in her Complaint.

Supreme Court, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Sixth Circuit, United States District Court for the District of New Jersey, United States District Court for the Eastern District of Pennsylvania, United States District Court for the Western District of Pennsylvania, and United States District Court of the District of Connecticut.

3.      Joseph B. G. Fay is a member in good standing of the bar and admitted to practice before the Supreme Court of Pennsylvania, Eastern District of Pennsylvania, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fourth Circuit Court, and United States Court of Appeals for the Eighth Circuit.

4.      A. Klair Fitzpatrick is a member in good standing of the bar and admitted to practice before the Supreme Court of Pennsylvania, Supreme Court of New Jersey, Eastern District of Pennsylvania, District of New Jersey, United States Court of Appeals for the Second Circuit, and United States Court of Appeals for the Third Circuit.

5.      Mr. Rosenblatt, Mr. Fay, and Ms. Fitzpatrick do not maintain a regular practice of law in the State of Florida.

6.      Mr. Rosenblatt, Ms. Fitzpatrick, and Mr. Fay represent that they are familiar with the local rules of the United States District Court for the Middle District of Florida, the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar, and that they shall be governed by them.

7.      In accordance with Rule 2.02(a) Mr. Rosenblatt, Mr. Fay, and Ms. Fitzpatrick designate Mark A. Zelek, Esquire, of the law firm of Morgan, Lewis & Bockius LLP, 200 South Biscayne Boulevard, Suite 5300, Miami, Florida 33131-2339, telephone: 305.415.3330, who is qualified to practice in this Court and who consents to designation to act as local counsel.

8.      Mr. Rosenblatt, Mr. Fay, and Ms. Fitzpatrick certify that they have made payment of this Court's required $150 admission fee pursuant to Rule 2.01(d) of the local rules of the Middle District of Florida. Copies of the fully executed Special Admission Attorney Certifications are attached hereto as Exhibit "A".

9.      Mr. Rosenblatt, Mr. Fay, and Ms. Fitzpatrick certify that pursuant to Rule 2.01(d) of the local rules of the Middle District of Florida they comply with the e-mail registration requirements and request that this Court provide Notice of Electronic Filings to the following email addresses: richard.rosenblatt@morganlewis.com, joseph.fay@morganlewis.com, and klair.fitzpatrick@morganlewis.com.

10.     Pursuant to Rule 3.01(g) of the Local Rules, Klair Fitzpatrick, as counsel for Defendant, has conferred with Plaintiff's counsel, and Plaintiff's counsel has authorized the undersigned to certify that Plaintiff's counsel has no objection to the granting of this Motion.

WHEREFORE, Defendant, Cognizant Technology Solutions by and through its undersigned counsel respectfully moves this Court to enter an Order for Richard Rosenblatt, Joseph B. G. Fay, and A. Klair Fitzpatrick to appear before this Court on behalf of Cognizant Technology Solutions for all purposes relating to the proceedings in

the above-styled matter and directing the Clerk to provide notice of electronic filings to

Richard Rosenblatt, Joseph B. G. Fay, and A. Klair Fitzpatrick.

Dated: April 20, 2016                                    Respectfully submitted,

                                                         /s/ Mark E. Zelek_____
                                                         Mark E. Zelek
                                                         Florida Bar No. 667773
                                                         Morgan Lewis & Bockius, LLP
                                                         200 South Biscayne Boulevard
                                                         Suite 5300
                                                         Miami, Florida 33131-2339
                                                         Telephone: 305.415.3330
                                                         eFacsimile: 877.432.9652

                                                         Richard Rosenblatt
                                                         Joseph B. G. Fay
                                                         A. Klair Fitzpatrick
                                                         Morgan Lewis & Bockius, LLP
                                                         1701 Market Street
                                                         Philadelphia, PA 19103
                                                         Telephone: 215.963.5000
                                                         Facsimile: 215.963.5001
                                                         *Counsel for Cognizant Technology*
                                                         *Solutions U.S. Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via

ECF, this 20th day of April, 2016 on all counsel or parties of record below:

Sara Blackwell, Esq.
The Blackwell Firm
1800 2nd Street
Suite 882
Sarasota, FL 34236
Telephone:  941.961.3046
*Attorney for Plaintiff, Dena Moore*

David W. Ogden, Esq.
Colin Reardon, Esq.
Alan Schoenfeld, Esq.
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: 202.663.6000

Mary Ruth Houston, Esq.
Shutts & Bowen, LLP
300 S. Orange Avenue
Suite 1000
Orlando, Florida 32801
Telephone: 407.423.3200
*Attorneys for Defendant, Walt Disney Parks and Resorts U.S., Inc.*

Morgan, Lewis & Bockius LLP

/s/ Mark E. Zelek_____
Mark E. Zelek

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

## SPECIAL ADMISSION
## ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order.  This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

Dena Moore

_____,

Plaintiff(s)/Petitioner(s),

v.

Cognizant Technology Solutions

and Walt Disney World
_____,

Defendant(s)/Respondent(s)

_____/

CASE NO. 6:16-cv-00113

I, Richard Rosenblatt _____ (pro hac vice counsel), hereby submit this attorney certification form
to the Court on behalf of Cognizant Technology Solutions _____ (p arty represented).

## ATTORNEY INFORMATION

Firm Name: Morgan, Lewis & Bockius LLP

Address: 1701 Market Street

City: Philadelphia          State: PA          Zip : 19103 -

Firm/Business Phone: 215  963  5000          A lternate Phone: 609 _ 870 _ 4567

Firm/Business Fax: 215  963  5001

E-mail Address: richard.rosenblatt@morganlewis.com

## ATTORNEY CERTIFICATION

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States.  **NOTE**: If proceedings ARE pending at this time, please explain at the bottom or back of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_____          4/19/16 _____
Signature                                          Date

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

### SPECIAL ADMISSION
### ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

Dena Moore

_____ ,

Plaintiff(s)/Petitioner(s),

v.

Cognizant Technology Solutions

and Walt Disney World

Defendant(s)/Respondent(s)

_____ /

CASE NO. 6:16-cv-00113

I, Joseph B. G. Fay _____ (pro hac vice counsel), hereby submit this attorney certification form

to the Court on behalf of Cognizant Technology Solutions _____ (p arty represented).

## ATTORNEY INFORMATION

Firm Name: Morgan, Lewis & Bockius LLP

Address: 1701 Market Street

City: Philadelphia          State: PA          Zip : 19103          -

Firm/Business Phone: 215 - 963 - 5000          A lternate Phone: 215 - 963 - 5509

Firm/Business Fax: 215 - 963 - 5001

E-mail Address: joseph.fay@morganlewis.com

## ATTORNEY CERTIFICATION

I certify that:

1.  To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. **NOTE**: If proceedings ARE pending at this time, please explain at the bottom or back of this form.
2.  I am not a resident of the State of Florida.
3.  I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4.  Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_____          4/19/16 _____
Signature                                  Date

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

### SPECIAL ADMISSION
### ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order.  This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

**Dena Moore**

Plaintiff(s)/Petitioner(s),

v.

Cognizant Technology Solutions

and Walt Disney World

Defendant(s)/Respondent(s)

CASE NO. 6:16-cv-00113

/

I, A. Klair Fitzpatrick _____ (pro hac vice counsel), hereby submit this attorney certification form

to the Court on behalf of Cognizant Technology Solutions _____ (p arty represented).

### ATTORNEY INFORMATION

Firm Name: Morgan, Lewis & Bockius LLP

Address: 1701 Market Street

City: Philadelphia     State: PA     Zip : 19103

Firm/Business Phone: 215  963  5000     A lternate Phone: 215  963  4935

Firm/Business Fax: 215  963  5001

E-mail Address: klair.fitzpatrick@morganlewis.com

### ATTORNEY CERTIFICATION

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States.  **NOTE**: If proceedings ARE pending at this time, please explain at the bottom or back of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Signature                    4/18/2016
                             Date