UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENA MOORE,
        Plaintiff,

v.

COGNIZANT TECHNOLOGY SOLUTIONS and WALT DISNEY WORLD,
        Defendants.

CASE NO. 6:16-CV-00113-GAP-TBS

**DEFENDANT COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION'S REQUEST FOR ORAL ARGUMENT ON DISPOSITIVE MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Pursuant to M.D. Fla. Local Rule 3.01(j), Defendant Cognizant Technology Solutions U.S. Corporation[1] ("Cognizant") respectfully requests that the Court grant oral argument on its Dispositive Motion to Dismiss the Complaint for Failure to State a Claim Pursuant To Fed. R. Civ. P. 12(b)(6). Defendant estimates that one hour, inclusive of each party, is required for oral argument on this motion.

Dated this 20th day of April, 2016    Respectfully submitted,

    /s/ Mark E. Zelek
    Mark E. Zelek
    Florida Bar No. 667773
    Morgan, Lewis & Bockius LLP
    200 South Biscayne Boulevard, Suite 5300
    Miami, Florida 33131-2339
    Telephone: 305.415.3330
    eFacsimile: 877.432.9652
    Email: mark.zelek@morganlewis.com

---

[1] Plaintiff incorrectly identifies Cognizant Technology Solutions U.S. Corporation as Cognizant Technology Solutions in her Complaint.

Richard G. Rosenblatt (*pro hac vice pending*)
Joseph B.G. Fay (*pro hac vice pending*)
A. Klair Fitzpatrick (*pro hac vice pending*)
Morgan, Lewis & Bockius LLP
1701 Market St. Philadelphia, PA 19103
Telephone: 215-963-5000
Facsimile: 215-963-5001
E-mail:richard.rosenblatt@morganlewis.com
E-mail: joseph.fay@morganlewis.com
E-mail: klair.fitzpatrick@morganlewis.com

***Attorneys for the Defendant Cognizant Technology Solutions U.S. Corporation***

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via ECF, this 20th day of April, 2016 on all counsel or parties of record below:

Sara Blackwell, Esq.
The Blackwell Firm
1800 2nd Street
Suite 882
Sarasota, FL 34236
Telephone: 941.961.3046
*Attorney for Plaintiff, Dena Moore*

David W. Ogden, Esq.
Colin Reardon, Esq.
Alan Schoenfeld, Esq.
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: 202.663.6000

Mary Ruth Houston, Esq.
Shutts & Bowen, LLP
300 S. Orange Avenue
Suite 1000
Orlando, Florida 32801
Telephone: 407.423.3200
*Attorneys for Defendant, Walt Disney Parks and Resorts U.S., Inc.*

Morgan, Lewis & Bockius LLP

/s/ Mark E. Zelek_____
Mark E. Zelek