**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DENA MOORE,

        Plaintiff,

v.

COGNIZANT TECHNOLOGY
SOLUTIONS and
WALT DISNEY WORLD

        Defendants.

CASE NO. 6:16-cv-00113-GAP-TBS

**COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORP'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant Cognizant Technology Solutions U.S. Corporation ("Cognizant")[1] hereby discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

---

[1] Plaintiff incorrectly identifies Cognizant Technology Solutions U.S. Corporation as Cognizant Technology Solutions in her Complaint.

| Name | Connection |
|---|---|
| Cognizant Technology Solutions U.S. Corporation | Defendant; wholly-owned by Cognizant Technology Solutions Corporation |
| Cognizant Technology Solutions Corporation | Parent corporation of Defendant; a publically traded corporation; there is no publically traded corporation that owns 10% or more of the stock of Cognizant Technology Solutions Corporation |
| Morgan Lewis & Bockius LLP | Counsel for Cognizant |
| Mark Zelek | Counsel for Cognizant |
| Richard G. Rosenblatt | Counsel for Cognizant |
| Joseph B.G. Fay | Counsel for Cognizant |
| A. Klair Fitzpatrick | Counsel for Cognizant |
| Walt Disney Parks and Resorts U.S., Inc. | Defendant |
| Wilmer Cutler Pickering Hale and Dorr LLP | Counsel for Defendant Walt Disney Parks and Resorts U.S., Inc. |
| Alan Schoenfeld | Counsel for Defendant Walt Disney Parks and Resorts U.S., Inc. |
| Colin Reardon | Counsel for Defendant Walt Disney Parks and Resorts U.S., Inc. |
| David W. Ogden | Counsel for Defendant Walt Disney Parks and Resorts U.S., Inc. |
| Shutts & Bowen, LLP | Counsel for Defendant Walt Disney Parks and Resorts U.S., Inc. |
| Mary Ruth Houston | Counsel for Defendant Walt Disney Parks and Resorts U.S., Inc. |
| Glennys Ortega Rubin | Counsel for Defendant Walt Disney Parks and Resorts U.S., Inc. |
| Dena Moore | Plaintiff |
| The Blackwell Firm | Counsel for Plaintiff |
| Sara Blackwell | Counsel for Plaintiff |

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Dena Moore

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: April 20, 2016

        Respectfully submitted,

        /s/ Mark E. Zelek
        Mark E. Zelek
        Florida Bar No. 667773
        Morgan, Lewis & Bockius LLP
        200 South Biscayne Boulevard
        Suite 5300
        Miami, Florida 33131-2339
        Telephone: 305.415.3330
        eFacsimile: 877.432.9652
        Email: mark.zelek@morganlewis.com

        Richard G. Rosenblatt (*pro hac vice pending*)
        Joseph B.G. Fay (*pro hac vice pending*)
        A. Klair Fitzpatrick (*pro hac vice pending*)
        MORGAN, LEWIS & BOCKIUS
        1701 Market St.
        Philadelphia, PA 19103
        Telephone: 215-963-5000
        Facsimile: 215-963-5001
        E-mail: richard.rosenblatt@morganlewis.com
        E-mail: joseph.fay@morganlewis.com
        E-mail: klair.fitzpatrick@morganlewis.com

        Attorneys for the Defendant Cognizant Technology Solutions U.S. Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via ECF, this 20th day of April, 2016 on all counsel or parties of record below:

Sara Blackwell, Esq.
The Blackwell Firm
1800 2nd Street
Suite 882
Sarasota, FL 34236
Telephone: 941.961.3046
*Attorney for Plaintiff, Dena Moore*

David W. Ogden, Esq.
Colin Reardon, Esq.
Alan Schoenfeld, Esq.
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: 202.663.6000

Mary Ruth Houston, Esq.
Shutts & Bowen, LLP
300 S. Orange Avenue
Suite 1000
Orlando, Florida 32801
Telephone: 407.423.3200
*Attorneys for Defendant, Walt Disney Parks and Resorts U.S., Inc.*

                                            Morgan, Lewis & Bockius LLP

                                            /s/ Mark E. Zelek_____
                                            Mark E. Zelek