UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENA MOORE,

    Plaintiff,

v.   Case No:   6:16-cv-113-Orl-31TBS

COGNIZANT TECHNOLOGY SOLUTIONS and WALT DISNEY WORLD,

    Defendants.

## ORDER

Defendant Cognizant Technology Solutions U.S. Corporation's Consent Motion for Admission *Pro Hac Vice* (Doc. 24) is **GRANTED**, and attorneys Richard Rosenblatt, Joseph B. G. Fay, and A. Klair Fitzpatrick are admitted to appear *pro hac vice* on behalf of Defendant Cognizant Technology Solutions U.S. Corporation.   These attorneys are affiliated with Morgan Lewis & Bockius at 1701 Market Street, Philadelphia, Pennsylvania 19103.

The Middle District of Florida utilizes a case management electronic filing system ("CM/ECF").   Within ten (10) days of the date of this Order, Mr. Rosentblatt, Mr. Fay, and Ms. Fitzpatrick shall register to participate and docket in CM/ECF or show cause in writing within that time frame why they are unable to participate.

Pursuant to the local rules of this district, any attorney appearing in this Court pursuant to M.D. F<small>LA</small>. R. 2.02(a) "shall be deemed to be familiar with, and shall be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of

Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar."   M.D. FLA. R. 2.02(c).

Attorney Mark A. Zelek, a member of the bar of this Court whose address is 200 South Biscayne Boulevard, Suite 5300, Miami Beach, Florida 33131-2339 has consented to the designation of local counsel.   Mr. Zelek shall accept service of all notices and papers on behalf of Defendant Cognizant Technology Solutions U.S. Corporation and is responsible for the progress of the case, including the trial, in default of the non-resident attorneys.

**DONE** and **ORDERED** in Orlando, Florida on April 20, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record