# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:16-CV-171-T-27-EAJ

Plaintiff:
**Dena Moore**

vs.

Defendant:
**Cognizant Technologies Solutions Services LLC et al.**

For:
Sara K. Blackwell, Esq.
The Blackwell Firm
1800 2nd Street
Suite 882
Sarasota, FL 34236

Received by Here Comes the Judge on the 14th day of April, 2016 at 2:48 pm to be served on Walt Disney World by serving Jeffrey Criagmile, 1375 Buena Vista Drive, 4th Floor North, Lake Buena Vista, FL 32830.

I, Lydia Zook, being duly sworn, depose and say that on the 22nd day of April, 2016 at 4:00 pm, I:

served a **CORPORATION** by delivering a true copy of the **Summons in A Civil Action, Civil Cover Sheet and Verified Class Action Complaint Against Cognizant and Walt Disney World with Attachments** with the date and hour of service endorsed thereon by me, to: **CHERYL JACKSON** as **PARALEGAL** for **Walt Disney World**, at the address of: **1375 Buean Vista Blvd., 4th Floor North, Legal Department, Lake Buena Vista, FL 32830**, and informed said person of the contents therein, in compliance with state statutes and/or Federal Code.

I certify that I am a Certified Process Server pursuant to FS 48.027, and that I have no interest in the above action. Under the penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

David J. Biddle
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF220459
Expires 5/6/2019

Subscribed and Sworn to before me on the 28 day of April, 2016 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Lydia Zook
CPS# 0156

Here Comes the Judge
3293 Fruitville Rd.
Suite 106
Sarasota, FL 34237
(800) 621-4129

Our Job Serial Number: HCJ-2016002747

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0z

