UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENA MOORE,

Plaintiff,

v.                                                      Case No. 6:16-CV-00113-GAP-TBS

COGNIZANT TECHNOLOGY SOLUTIONS and
WALT DISNEY WORLD,

Defendants.

## DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S REQUEST FOR ORAL ARGUMENT ON DISPOSITIVE MOTION TO DISMISS AND MEMORANDUM OF LAW

Pursuant to M.D. Fla. Local Rule 3.01(j), Defendant Walt Disney Parks and Resorts U.S., Inc. ("WDPR") respectfully requests that the Court grant oral argument on its motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  WDPR estimates that one hour, inclusive of each party, is required for oral argument on this motion.

This 13th day of May, 2016.

Respectfully submitted,

/s/ Mary Ruth Houston

Mary Ruth Houston (Bar No. 834440)
SHUTTS & BOWEN LLP
300 South Orange Ave., Suite 1000
Orlando, FL 32801
Telephone: 407-835-6939
Facsimile: 407-425-8316
E-mail: mhouston@shutts.com

David W. Ogden (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  202-663-6440
Facsimile:  202-663-6363
E-mail: david.ogden@wilmerhale.com

Alan Schoenfeld (*pro hac vice*)
Colin Reardon (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE and DORR LLP
7 World Trade Center, 250 Greenwich St.
New York, NY 10007
Telephone:  212-230-8800
Facsimile:  212-230-8888
E-mail: alan.schoenfeld@wilmerhale.com
E-mail: colin.reardon@wilmerhale.com

*Counsel for Walt Disney Parks and Resorts*
*U.S., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 13th day of May, 2016, electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will automatically send e-mail

notification of such filing to the following attorneys of record:

Sara Blackwell
The Blackwell Firm
1800 2nd St. Ste. 882
Sarasota, FL 34236
Telephone: 941-961-3046
E-mail: sara@theblackwellfirm.com

Mark Zelek
MORGAN, LEWIS & BOCKIUS
200 S. Biscayne Blvd., Ste. 5300
Miami, FL 33131
Telephone: 305-415-3303
Facsimile: 305-415-3001
E-mail: mzelek@morganlewis.com

Richard G. Rosenblatt
Joseph B.G. Fay
MORGAN, LEWIS & BOCKIUS
1701 Market St.
Philadelphia, PA 19103
Telephone: 215-963-5000
Facsimile: 215-963-5001
E-mail: rrosenblatt@morganlewis.com
E-mail: jfay@morganlewis.com


/s/ Mary Ruth Houston
Mary Ruth Houston

ORLDOCS 14700065 1