# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DENA MOORE,**

       **Plaintiff,**

**v.**                                                  **Case No:   6:16-cv-113-Orl-31TBS**

**COGNIZANT TECHNOLOGY SOLUTIONS and WALT DISNEY WORLD,**

       **Defendants.**

## ORDER

Upon consideration of the Consent Motion for Substitution of Defendant and to Correct Defendant's Name in Complaint (Doc. 15), it is

**ORDERED** that the Motion is Granted.   Walt Disney Parks and Resorts U.S., Inc. is substituted as the defendant in place of Walt Disney World.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 18, 2016.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party