**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| DENA MOORE,<br><br>                       Plaintiff,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS and WALT DISNEY WORLD,<br><br>                       Defendants. | Case No. 6:16-CV-00113-GAP-KRS |

**PLAINTIFF'S MOTION TO ENLARGE TIME TO RESPOND TO COGNIZANT TECHNOLOGY SOLUTIONS AND WALT DISNEY PARKS AND RESORT'S MOTIONS TO DISMISS**

Plaintiff, Dena Moore, hereby, through undersigned counsel, respectfully moves this court to extend the time for Plaintiff to respond to Defendants', Cognizant Technology Solutions., ("Cognizant"), and Walt Disney Parks and Resorts U.S., Inc., ("WDPR"), Motions to Dismiss until August 12, 2016.  The Court may enlarge the period for taking action if the request is made before the expiration of the originally prescribed period.  Fed. R. Civ. P. 6(b).

**MEMORANDUM OF LAW**

On January 25, 2016, Dena Moore filed a Complaint against Defendants alleging violations of RICO and other claims.

On March 30, 2016, this court issued an Order providing Defendants extra time, until May 13, 2016, to file their Motions to Dismiss, and providing Plaintiff sixty days from the date of the last filed Motion to Dismiss to file her Responses to such motions.

On April 20, 2016, Cognizant filed a twenty-six-page Motion to Dismiss Plaintiff's Complaint and one hundred and nine pages of attachments.

On May 13, 2016, WDPR filed a fifteen-page Motion to Dismiss Plaintiff's Complaint.

In the sister case of Leo Perrero v. HCL America et al, Case No. 6:16-cv-00112-GAP-TBS, a similar Order was issued by the same court permitting the same deadlines.

On May 13, 2016, HCL filed a twenty-six-page Motion to Dismiss Plaintiff's Complaint.

On May 13, 2016, WDPR filed a fifteen-page Motion to Dismiss Plaintiff's Complaint.

Under Federal Rule of Civil Procedure 6(b), the Court, in its discretion, may enlarge the period for taking action for good cause if the request is made before the expiration of the originally prescribed period. Fed. R. Civ. P. 6(b). The Court should exercise this discretion as to Plaintiff's Responses to the Motions to Dismiss.

Each of the four Motions to Dismiss present separate and distinct issues and also present common and intertwined issues. In fact, WDPR Motions to Dismiss cross reference Cognizant's Motion to Dismiss in multiple locations. Undersigned counsel has been diligently working on the responses immediately subsequent to the filing of each motion. Undersigned counsel does not take the court's time, Defendants' due fairness or judicial economy for granted. However, in order to properly and thoroughly respond to all four Motions to Dismiss, undersigned counsel requests thirty additional days (until August 12, 2016) to file Responses to the Motions to Dismiss.

Pursuant to Local Rule 3.01(g), on June 28, 2016, Plaintiff's counsel conferred with counsel for Defendants (in this pending case and in the pending sister case, Leo Perrero v. HCL America, et al); however, no response from HCL or WDPR has been provided as of the date of this filing.  On June 28, 2016, Cognizant asserted it did not consent to the request for additional time to respond to Cognizant's Motion to Dismiss in Dena Moore v. Cognizant, et al., Case No. 6:16-cv-00112-GAP-TBS.

Wherefore, Plaintiff respectfully requests that this Court enter an order extending the deadline for Plaintiff's Responses to Defendants' Motions to Dismiss thirty additional days, until August 12, 2016.

This 4th day of July, 2016.

**Sara Blackwell**
Sara Blackwell (Bar No. 0090443)
The Blackwell Firm
2243 Palm Terrace
Sarasota, FL 34231
Telephone: 941-961-3046
E-mail: sara@theblackwellfirm.com
*Counsel for Plaintiff Leo Perrero*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 4th day of July, 2016, electronically filed the foregoing Plaintiff's Motion to Extend Time to Respond to Defendants' Motions to Dismiss with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

**Sara Blackwell**
Sara Blackwell
The Blackwell Firm
2243 Palm Terrace
Sarasota, FL 34231
Telephone: 941-961-3046
E-mail: sara@theblackwellfirm.com