**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DENA MOORE,

     Plaintiff,

v.

COGNIZANT TECHNOLOGY SOLUTIONS and
WALT DISNEY WORLD,

     Defendants.

Case No. 6:16-CV-00113-GAP-TBS

**DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S**
**RESPONSE TO PLAINTIFF'S MOTION TO ENLARGE TIME**

  Defendant Walt Disney Parks and Resorts U.S., Inc. ("WDPR") respectfully files this

response to Plaintiff's motion to enlarge the time to respond to WDPR's motion to dismiss. *See*

ECF No. 37. WDPR takes no position on Plaintiff's request for additional time.

This 7th day of July, 2016.

        Respectfully submitted,

        /s/ Alan Schoenfeld

        Mary Ruth Houston (Bar No. 834440)
        SHUTTS & BOWEN LLP
        300 South Orange Ave., Suite 1000
        Orlando, FL 32801
        Telephone: 407-835-6939
        Facsimile: 407-425-8316
        E-mail: mhouston@shutts.com

David W. Ogden (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  202-663-6440
Facsimile:   202-663-6363
E-mail: david.ogden@wilmerhale.com

Alan Schoenfeld (*pro hac vice*)
Colin Reardon (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE and DORR LLP
7 World Trade Center, 250 Greenwich St.
New York, NY 10007
Telephone:  212-230-8800
Facsimile:   212-230-8888
E-mail: alan.schoenfeld@wilmerhale.com
E-mail: colin.reardon@wilmerhale.com

*Counsel for Walt Disney Parks and Resorts
U.S., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of July, 2016, electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will automatically send e-mail

notification of such filing to the following attorneys of record:

> Sara Blackwell
> The Blackwell Firm
> 1800 2nd St. Ste. 882
> Sarasota, FL 34236
> Telephone: 941-961-3046
> E-mail: sara@theblackwellfirm.com
>
> Mark Zelek
> MORGAN, LEWIS & BOCKIUS
> 200 S. Biscayne Blvd., Ste. 5300
> Miami, FL 33131
> Telephone: 305-415-3303
> Facsimile: 305-415-3001
> E-mail: mzelek@morganlewis.com
>
> Richard G. Rosenblatt
> Joseph B.G. Fay
> MORGAN, LEWIS & BOCKIUS
> 1701 Market St.
> Philadelphia, PA 19103
> Telephone: 215-963-5000
> Facsimile: 215-963-5001
> E-mail: rrosenblatt@morganlewis.com
> E-mail: jfay@morganlewis.com

/s/ Alan Schoenfeld
Alan Schoenfeld