**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| DENA MOORE,<br><br>                    Plaintiff,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS and WALT DISNEY PARKS AND RESORTS U.S., INC.,<br>                    Defendants. | Case No. 6:16-CV-00113-GAP-TBS |

**DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S**
**MOTION FOR LEAVE TO REPLY TO PLAINTIFF'S OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS**

Pursuant to Local Rule 3.01, Defendant Walt Disney Parks and Resorts U.S., Inc. ("WDPR"), requests leave to file a brief reply memorandum to Plaintiff's opposition to WDPR's motion to dismiss the Complaint. In support of this Motion, WDPR states as follows:

**MEMORANDUM OF LAW**

Local Rule 3.01(c) provides that a party may file a reply to an opposition to a motion only if leave is granted. WDPR requests leave of Court to file a short reply memorandum of no more than seven pages, to be filed within ten days of the date of an order on this motion, in order to address certain arguments made in Plaintiff's opposition to its motion to dismiss.

Specifically, WDPR seeks to address certain arguments raised in Plaintiff's opposition, based in part on factual assertions not alleged in the Complaint, concerning the alleged conspiracy between WDPR and Cognizant Technology Solutions U.S. Corp.; Plaintiff's argument in her opposition that she has adequately alleged the "pattern" element of her RICO

claim; and certain additional arguments in the opposition for which WDPR believes the Court could benefit from a short reply.

WHEREFORE, WDPR respectfully requests that the Court enter an order granting it leave to file a reply as set forth herein and that the Court grant such other and further relief as it deems just and proper.

## LOCAL RULE 3.01(g) COMPLIANCE

Counsel for WDPR has conferred with counsel for Plaintiff, and counsel for Plaintiff consents to the relief sought herein.

This 14th day of July, 2016.

                                                      Respectfully submitted,

                                                     /s/ Alan Schoenfeld

                                                   Mary Ruth Houston (Bar No. 834440)
                                                   SHUTTS & BOWEN LLP
                                                   300 South Orange Ave., Suite 1000
                                                   Orlando, FL 32801
                                                   Telephone: 407-835-6939
                                                   Facsimile: 407-425-8316
                                                   E-mail: mhouston@shutts.com

                                                   David W. Ogden (*pro hac vice*)
                                                   WILMER CUTLER PICKERING
                                                     HALE and DORR LLP
                                                   1875 Pennsylvania Avenue, NW
                                                   Washington, D.C. 20006
                                                   Telephone:  202-663-6440
                                                   Facsimile:   202-663-6363
                                                   E-mail: david.ogden@wilmerhale.com

Alan Schoenfeld (*pro hac vice*)
Colin Reardon (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE and DORR LLP
7 World Trade Center, 250 Greenwich St.
New York, NY 10007
Telephone:  212-230-8800
Facsimile:   212-230-8888
E-mail: alan.schoenfeld@wilmerhale.com
E-mail: colin.reardon@wilmerhale.com

*Counsel for Walt Disney Parks and Resorts U.S., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 14th day of July, 2016, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

> Sara Blackwell
> The Blackwell Firm
> 1800 2nd St. Ste. 882
> Sarasota, FL 34236
> Telephone: 941-961-3046
> E-mail: sara@theblackwellfirm.com
>
> Mark Zelek
> MORGAN, LEWIS & BOCKIUS
> 200 S. Biscayne Blvd., Ste. 5300
> Miami, FL 33131
> Telephone: 305-415-3303
> Facsimile: 305-415-3001
> E-mail: mzelek@morganlewis.com
>
> Richard G. Rosenblatt
> Joseph B.G. Fay
> MORGAN, LEWIS & BOCKIUS
> 1701 Market St.
> Philadelphia, PA 19103
> Telephone: 215-963-5000
> Facsimile: 215-963-5001
> E-mail: rrosenblatt@morganlewis.com
> E-mail: jfay@morganlewis.com

/s/ Alan Schoenfeld
      Alan Schoenfeld