UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLAND DIVISION

DENA MOORE,

      Plaintiff,

v.

COGNIZANT TECHNOLOGY SOLUTIONS
and WALT DISNEY WORLD,

CASE NO. 6:16-CV-00113-JA-KRS

      Defendants.

**DEFENDANT COGNIZANT'S MOTION PURSUANT TO
LOCAL RULE 3.01(c) FOR LEAVE TO FILE A LIMITED REPLY
BRIEF IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT**

Plaintiff filed her Complaint in this action on January 25, 2016; Cognizant moved to dismiss the Complaint on April 20, 2016. Plaintiff filed her "Plaintiff, Dena Moore, Response To Cognizant Technology Solution's Motion To Dismiss And Incorporated Memorandum of Law In Support Thereof " ("Response") on July 11, 2016.  Pursuant to Local Rule 3.01(c), Defendant Cognizant Technology Solutions U.S. Corporation ("Cognizant") now requests leave to file a brief reply memorandum to Plaintiff's Response. In support of this motion, Cognizant states as follows:

Local Rule 3.01(c) provides that a party may not file a reply to an opposition to a motion, unless leave is granted.  Cognizant requests leave of Court to file a short reply memorandum of no more than seven pages, to be filed within ten days of the date of an order on this motion, in order to address certain arguments raised in Plaintiff's Response to its motion to dismiss.

Plaintiff's Response implies violations of statutes (for purposes of attempting to allege a

pattern of "racketeering activity" under RICO[1]) that are not cited or referenced in the Complaint. The Response also raises concepts of employment discrimination law that are not raised in the Complaint.  As a result, Cognizant had no occasion to address such statutes or principles in its motion to dismiss.  Cognizant believes that a limited reply brief would help clarify the issues before the Court.

WHEREFORE, Cognizant respectfully requests that the Court enter an order granting it leave to file a reply as set forth herein and that the Court grant such other and further relief as it deems just and proper.

## LOCAL RULE 3.01(g) COMPLIANCE

Counsel for Defendant Walt Disney Parks and Resorts U.S., Inc. has conferred with counsel for Plaintiff, on behalf of itself and Cognizant, and counsel for Plaintiff does not oppose the relief sought herein.

This 14th day of July, 2016

                                                        Respectfully submitted,

                                                        /s/ A. Klair Fitzpatrick  
                                                        Mark E. Zelek  
                                                        Florida Bar No. 667773  
                                                        Morgan, Lewis & Bockius LLP  
                                                        200 South Biscayne Boulevard  
                                                        Suite 5300  
                                                        Miami, Florida  33131-2339  
                                                        Telephone:  305.415.3330  
                                                        eFacsimile:  877.432.9652  
                                                        Email: mark.zelek@morganlewis.com

                                                        Richard G. Rosenblatt (*admitted pro hac vice*)  
                                                        Joseph B.G. Fay (*admitted pro hac vice*)  
                                                        A. Klair Fitzpatrick (*admitted pro hac vice*)  
                                                        1701 Market St. Philadelphia, PA 19103  
                                                        Telephone: 215-963-5000  
                                                        Facsimile: 215-963-5001

---

[1] The Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961, *et seq.*

         E-mail:richard.rosenblatt@morganlewis.com
         E-mail: joseph.fay@morganlewis.com
         E-mail: klair.fitzpatrick@morganlewis.com

         ***Attorneys for the Defendant Cognizant***
         ***Technology Solutions U.S. Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 14th day of July, 2016, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Sara Blackwell, Esq.
The Blackwell Firm
1800 2nd Street
Suite 882
Sarasota, FL 34236
Telephone: 941.961.3046
*Attorney for Plaintiff, Dena Moore*

David W. Ogden, Esq.
Colin Reardon, Esq.
Alan Schoenfeld, Esq.
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: 202.663.6000

Mary Ruth Houston, Esq.
Shutts & Bowen, LLP
300 S. Orange Avenue
Suite 1000
Orlando, Florida 32801
Telephone: 407.423.3200
*Attorneys for Defendant, Walt Disney Parks and Resorts U.S., Inc.*

Morgan, Lewis & Bockius LLP

/s/ A. Klair Fitzpatrick
A. Klair Fitzpatrick