**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| DENA MOORE,<br><br>                    Plaintiff,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS and WALT DISNEY PARKS AND RESORTS U.S., INC.,<br>                    Defendants. | Case No. 6:16-CV-00113-GAP-TBS |

**NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT**
**WALT DISNEY PARKS AND RESORTS U.S., INC.'S MOTION TO DISMISS**

Defendant Walt Disney Parks and Resorts U.S., Inc. ("WDPR") hereby gives notice of the following supplemental authority in support of its motion to dismiss:

In their briefs in support of their motions to dismiss, WDPR and Cognizant Technology Solutions U.S. Corporation ("Cognizant") cited the district court's decision in *Ray v. Spirit Airlines, Inc.*, 126 F. Supp. 3d 1332 (S.D. Fla. 2015), which dismissed a RICO claim brought against an airline and its outside consultants. *See* WDPR Br. 10; Cognizant Br. 21-22. On September 2, 2016, the Eleventh Circuit affirmed the district court's opinion. *Ray v. Spirit Airlines, Inc.*, --- F.3d ---, 2016 WL 4578347, at *7-12 (11th Cir. Sept. 2, 2016). The court of appeals' decision is relevant to Defendants' arguments concerning (1) the "enterprise" element of Plaintiff's RICO claim (*see* WDPR Br. 10; Cognizant Br. 19-22; *Ray*, 2016 WL 4578347, at *9) and (2) Plaintiff's allegations of a RICO conspiracy (*see* WDPR Br. 5-9; WDPR Reply 2-5; *Ray*, 2016 WL 4578347, at *8).

This 9th day of September, 2016.

                                            Respectfully submitted,

                                            /s/ Alan Schoenfeld

                                            Mary Ruth Houston (Bar No. 834440)
                                            SHUTTS & BOWEN LLP
                                            300 South Orange Ave., Suite 1000
                                            Orlando, FL 32801
                                            Telephone: 407-835-6939
                                            Facsimile: 407-425-8316
                                            E-mail: mhouston@shutts.com

                                            David W. Ogden (*pro hac vice*)
                                            WILMER CUTLER PICKERING
                                               HALE and DORR LLP
                                            1875 Pennsylvania Avenue, NW
                                            Washington, D.C. 20006
                                            Telephone:   202-663-6440
                                            Facsimile:   202-663-6363
                                            E-mail: david.ogden@wilmerhale.com

                                            Alan Schoenfeld (*pro hac vice*)
                                            Colin Reardon (*pro hac vice*)
                                            WILMER CUTLER PICKERING
                                               HALE and DORR LLP
                                            7 World Trade Center, 250 Greenwich St.
                                            New York, NY 10007
                                            Telephone:   212-230-8800
                                            Facsimile:   212-230-8888
                                            E-mail: alan.schoenfeld@wilmerhale.com
                                            E-mail: colin.reardon@wilmerhale.com

                                            *Counsel for Walt Disney Parks and Resorts U.S., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 9th day of September, 2016, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Sara Blackwell
>The Blackwell Firm
>1800 2nd St. Ste. 882
>Sarasota, FL 34236
>Telephone: 941-961-3046
>E-mail: sara@theblackwellfirm.com
>
>Mark Zelek
>MORGAN, LEWIS & BOCKIUS
>200 S. Biscayne Blvd., Ste. 5300
>Miami, FL 33131
>Telephone: 305-415-3303
>Facsimile: 305-415-3001
>E-mail: mzelek@morganlewis.com
>
>Richard G. Rosenblatt
>Joseph B.G. Fay
>MORGAN, LEWIS & BOCKIUS
>1701 Market St.
>Philadelphia, PA 19103
>Telephone: 215-963-5000
>Facsimile: 215-963-5001
>E-mail: rrosenblatt@morganlewis.com
>E-mail: jfay@morganlewis.com

>>/s/ Alan Schoenfeld
>>Alan Schoenfeld